**Motion Granted; Abatement Order filed April 9, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00163-CV

———————

**JACQUELYN A. HINOJOSA, Appellant**

**V.**

**TEXAS WINDMILL APARTMENTS, LP D/B/A ROYAL OAKS OF PEARLAND and NEWPORT ASSET MANAGEMENT, INC.,**
**Appellees**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-64460**

---

## ABATEMENT ORDER

This is an appeal from a final judgment signed February 1, 2013. On April 3, 2013, the parties filed an agreed motion to abate the appeal for sixty days to

complete a settlement agreement. We **GRANT** the motion and issue the following order:

The court **ORDERS** the appeal **ABATED** for a period of sixty days, and the appellate timetable in this case suspended during the abatement. If the settlement is completed, the parties are requested to file a motion to dismiss the appeal, or other dispositive motion, within 10 days of finalizing the settlement.

The appeal is **ABATED**, treated as a closed case, and removed from this court's active docket for a period of sixty days. Any party may file a motion stating grounds for reinstating the appeal before the end of the sixty-day period, or the court may reinstate the appeal on its own motion. Any party may also file a motion to dismiss the appeal or other dispositive motion at any time. Any party may also file a motion to extend the abatement period, if necessary.

PER CURIAM